**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 28, 2026

---

No. 26-2557
(5:23-cv-00349-D-RN)

---

RONALD L. JOHNSON, JR.

Plaintiff - Appellant

v.

TOWN OF SMITHFIELD; MICHAEL SCOTT, in his individual and official capacity as Town Manager; TIMOTHY KERIGAN, in his individual and official capacity as Town Human Resources Director; TERRY WEST, in his individual and official capacity as Town Police Dept. Lt.; KEITH POWELL, in his individual and official capacity as Town Police Chief; MARLON LEE, in his individual and official capacity as Town Council Member; JOHNSTON COUNTY SCHOOL BOARD OF EDUCATION; TODD SUTTON, in his individual and official capacity as member and former chair; TERRI SESSOMS, in her individual and official capacity as member; TERRY TIPPETT, in his individual and official capacity as member; MICHAEL WOOTEN, in his individual and official capacity as member; LYN ANDREWS, in her individual and official capacity as member and current chair; KAY CARROLL, in his individual and official capacity as member; KEVIN DONOVAN, in his individual and official capacity as member; SUSAN DOYLE, District Attorney of Johnston County, in her individual and official capacity,; RICHARD HOFFMAN, in his individual and official capacity; BENJAMIN ZELLINGER, in his individual and official capacity as Special Prosecutor; ANGIE MCLEOD; JAMES LAWRENCE; JOSEPH PRESTON; DAVID MARSHBURN

Defendants - Appellees

# PRO SE ELECTRONIC CONSENT NOTICE

TO: Pro Se Parties

This case has been placed on the court's docket under the above-referenced number, which should be used on all documents filed in this case.

For any party appearing in this case *pro se*, the Court will forward all forms, notices, and orders to you via U.S. Mail unless you have previously consented to electronic notice. If you wish to change the method of service from U.S. Mail to email, you must make that request in writing by fully completing and signing the enclosed “Consent to Electronic Service” form and returning it to the Court by U.S. Mail.

Please be advised that, upon proper consent to electronic service, you will receive a filing notification email (called a Notice of Docket Activity) for publicly filed documents only. To consent to electronic service of any non-public filing, in addition to completing and signing the consent form, you also must be registered as a non-attorney filer with the Court’s electronic filing system (CM/ECF) through PACER at **www.pacer.uscourts.gov**. As set forth in Local Rule 25(a)(4), if a document (such as a sealed or restricted document or a new case) cannot be served electronically, the document will be served conventionally, outside the CM/ECF system.

R. Phillips, Deputy Clerk
804-916-2702

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

CONSENT TO ELECTRONIC SERVICE

No. 26-2557, Ronald Johnson, Jr. v. Town of Smithfield

I hereby consent to receive electronic service of all public documents filed in this appeal via the Court's electronic case management system (CM/ECF). All notices and unrestricted electronic filings for the above-captioned case should be sent to me at the email address below. By consenting to receive electronic service, I agree to each of the following:

- I understand that I will receive service of public filings in this case by ***email only*** and that I will no longer receive paper copies of any unsealed/unrestricted documents issued by the court or electronically filed by other parties to this case.
- I understand that it is my responsibility to regularly monitor my email and the docket to ensure I have not missed notifications.
- I understand that my email address will be listed publicly on the docket.
- I understand that, if my email address changes, I will promptly notify the Clerk in writing of my new email address.
- I understand that the Court is not responsible for missed notifications resulting from my failure to update my contact information.
- I understand that when I receive a filing notification email (called a Notice of Docket Activity), I will be able to view, save, and print publicly filed documents once without charge. I further understand that to access such documents again, I must have an active PACER account, and I may be required to pay a fee.
- I understand that the Court cannot provide me with technical assistance or support with using or viewing email.
- I understand that this consent is effective as to the above-captioned case ***and all future cases*** in which I am a participant unless and until I notify the Court in writing that I want to revert to receiving paper copies ***and*** provide the Court with an updated mailing address.
- I understand that this consent applies only to receiving electronic service by email and ***not*** to electronic filing by email, which is generally prohibited pursuant to Local Rule 25(b)(1).

______________________________ ______________________________
Name Email Address (type or print clearly)

______________________________ ______________________________
Signature Date

(The Certificate of Service below must be completed.)

**CERTIFICATE OF SERVICE**

I hereby certify that on [insert date] _______________ I sent a copy of this Consent to Electronic Service to ________________________________________ at ________________________________________________________________
________________________________________________________________
_____________________________, the last known address/email address by [insert method of service] _______________________________________.

_____________________ ______________________________
Date Signature