**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 28, 2026

---

STATUS OF COUNSEL NOTICE

---

No. 26-2557, Ronald Johnson, Jr. v. Town of Smithfield
5:23-cv-00349-D-RN

TO: Ronald L. Johnson

**STATUS OF COUNSEL DUE: November 9, 2026**

Local Rule 34(b) requires the filing of informal briefs in all pro se appeals. We note that appellants were represented by counsel during the lower court proceedings, but filed the notice of appeal pro se. Unless you return the status of counsel form by the due date shown, the court will set an informal briefing schedule.

R. Phillips, Deputy Clerk
804-916-2702

Copies:
James Conrad Adams II
Ryan James Adams
Valerie Bateman
Dan M. Hartzog Jr.
Ronald L. Johnson Jr.
Michele Ann Ledo
Michelle Ann Liguori
David Marshburn
Elizabeth Curran O'Brien
Elizabeth Lea Troutman
William Otis Walker IV

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## STATUS OF COUNSEL FORM

No. 26-2557, Ronald Johnson, Jr. v. Town of Smithfield
5:23-cv-00349-D-RN

I make the following election with respect to counsel for appeal (please check one):

1. [ ] I intend to file an informal brief and proceed under Local Rule 34(b) procedures for pro se appeals.

2. [ ] I have employed counsel to represent me in the above case now pending in the United States Court of Appeals. The attorney's name, address, and phone number are:

____________________________________

____________________________________

____________________________________

Date: ______________________________

Signature: ______________________________