RP/JG

**26-2557**

David Marshburn
207 North Third Street
Smithfield, NC 27577

RECEIVED
NOV 0 5 2026
U.S. Court of Appeals
Fourth Circuit

---

---

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 28, 2026

---

# STATUS OF COUNSEL NOTICE

---

No. 26-2557, Ronald Johnson, Jr. v. Town of Smithfield
5:23-cv-00349-D-RN

TO: Ronald L. Johnson

**STATUS OF COUNSEL DUE: November 9, 2026**

Local Rule 34(b) requires the filing of informal briefs in all pro se appeals. We note that appellants were represented by counsel during the lower court proceedings, but filed the notice of appeal pro se. Unless you return the status of counsel form by the due date shown, the court will set an informal briefing schedule.

R. Phillips, Deputy Clerk
804-916-2702

Copies:
James Conrad Adams II
Ryan James Adams
Valerie Bateman
Dan M. Hartzog Jr.
Ronald L. Johnson Jr.
Michele Ann Ledo
Michelle Ann Liguori
David Marshburn
Elizabeth Curran O'Brien
Elizabeth Lea Troutman
William Otis Walker IV

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## STATUS OF COUNSEL FORM

No. 26-2557, Ronald Johnson, Jr. v. Town of Smithfield
5:23-cv-00349-D-RN

I make the following election with respect to counsel for appeal (please check one):

1. [ ] I intend to file an informal brief and proceed under Local Rule 34(b) procedures for pro se appeals.

2. [ ] I have employed counsel to represent me in the above case now pending in the United States Court of Appeals. The attorney's name, address, and phone number are:

____________________________________

____________________________________

____________________________________

Date: ______________________________

Signature: ______________________________

CLERK'S OFFICE
U.S. COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 E. MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219
OFFICIAL BUSINESS

RICHMOND VA RPDC 230
29 OCT 2026 PM 5 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 23219 $ 000.78⁰
02 7W
0008036003 OCT. 28 2026

RECEIVED
U.S. MARSHALS

NIXIE 274 FE 1 0011/03/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 23219353826 *1850-00159-29-43

27577-394907 F
23219>3538