# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 26-2557 Johnson v. Town of Smithfield et al |
| **Originating No. & Caption** | 5:23-cv-349 Johnson v. Town of Smithfield et al |
| **Originating Court/Agency** | Eastern District of NC |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | 09.21.2026 | |
| Date notice of appeal or petition for review filed | 10.20.2026 | |
| If cross appeal, date first appeal filed | n/a | |
| Date of filing any post-judgment motion | n/a | |
| Date order entered disposing of any post-judgment motion | n/a | |
| Date of filing any motion to extend appeal period | n/a | |
| Time for filing appeal extended to | n/a | |
| Is appeal from final judgment or order? | ◉ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ◉ No |
| Has transcript been filed in district court? | ○ Yes | ◉ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | n/a | |
| Case number of any pending appeal in same case | n/a | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ◉ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Employment discrimination/civil rights case: claims and defendants dismissed on motion to dismiss and summary judgment granted against plaintiff on remainder of claims |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| Whether the district court erred in dismissing claims and defendants on a motion to dismiss and whether the district court erred in granting summary judgment against plaintiff. |

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| | |
|---|---|
| Adverse Party:<br><br>Attorney:<br>Address: SEE ATTACHED<br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

**Adverse Parties (continued)**

| | |
|---|---|
| Adverse Party:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

**Appellant** (Attach additional page if necessary.)

| | |
|---|---|
| Name: RONALD JOHNSON<br><br>Attorney: VALERIE L. BATEMAN<br>Address: NEW SOUTH LAW FIRM<br>209 LLOYD ST, STE 350<br>CARRBORO, NC 27510<br><br>E-mail: valerie@newsouthlawfirm.com<br><br>Phone: 919-810-3139 | Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

**Appellant (continued)**

| | |
|---|---|
| Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

**Signature:** /S/ VALERIE L. BATEMAN **Date:** 11/24/2026

**Counsel for:** PLAINTIFF-APPELLANT

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on ____________ by ☐ personal delivery; ☑ mail; ☐ third-party commercial carrier; or ☑ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| SEE ATTACHED | |
| Signature: /s/ VALERIE L. BATEMAN | Date: 11.24.2026 |

| Party | Counsel |
|---|---|
| **Town of Smithfield;**<br>Michael Scott;<br>Timothy Kerigan;<br>Terry West;<br>Keith Powell;<br>Marlon Lee<br>("Town Defendants") | **Dan M. Hartzog, Jr.**<br>Hartzog Law Group LLP<br>2626 Glenwood Ave., Ste. 305<br>Raleigh, NC 27608<br>Phone: 919-670-0338<br>Email: dhartzogjr@hartzoglawgroup.com |
| **Johnston County School Board of Education;**<br>Todd Sutton;<br>Terri Sessoms;<br>Terry Tippett;<br>Michael Wooten;<br>Lyn Andrews;<br>Kay Carroll;<br>Kevin Donovan | **James Conrad Adams, II**<br>Phone: 336-271-3117<br>Email: jadams@brookspierce.com<br><br>**Elizabeth Lea Troutman**<br>Phone: 336-271-3138<br>Email: etroutman@brookspierce.com<br><br>Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.<br>230 North Elm Street, Suite 2000<br>Greensboro, NC 27401 |
| **Susan Doyle;**<br>Richard Hoffman;<br>Benjamin Zellinger | **Michelle A. Liguori**<br>Special Deputy Attorney General<br>Phone: 919-716-6510<br>Email: mliguori@ncdoj.gov<br><br>**Elizabeth Curran O'Brien**<br>Phone: 919-716-0091<br>Email: eobrien@ncdoj.gov<br><br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 |
| **Angie McLeod** | **Ryan James Adams**<br>Adams, Howell, Sizemore & Adams, P.A.<br>1600 Glenwood Ave., Suite 101<br>Raleigh, NC 27608<br>Phone: 919-559-2575<br>Email: ryan.adams@adamshowell.com |

| | |
|---|---|
| **James ("Jimmy") Lawrence** | **Michele Ann Ledo**<br>Ledolaw<br>227 Elm Street<br>Raleigh, NC 27601<br>Phone: 919-835-1311<br>Email: mledo@ledolaw.com |
| **David Marshburn** | **Pro se**<br>207 North Third Street<br>Smithfield, NC 27577<br><br>708 S. Robertson Street, Clayton, NC 27520<br>Phone: 919-604-9292<br><br>Email: agentmarshburn@gmail.com |