**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 24, 2026

---

No. 26-2557
(5:23-cv-00349-D-RN)

---

RONALD L. JOHNSON, JR.

Plaintiff - Appellant

v.

TOWN OF SMITHFIELD; MICHAEL SCOTT, in his individual and official capacity as Town Manager; TIMOTHY KERIGAN, in his individual and official capacity as Town Human Resources Director; TERRY WEST, in his individual and official capacity as Town Police Dept. Lt.; KEITH POWELL, in his individual and official capacity as Town Police Chief; MARLON LEE, in his individual and official capacity as Town Council Member; JOHNSTON COUNTY SCHOOL BOARD OF EDUCATION; TODD SUTTON, in his individual and official capacity as member and former chair; TERRI SESSOMS, in her individual and official capacity as member; TERRY TIPPETT, in his individual and official capacity as member; MICHAEL WOOTEN, in his individual and official capacity as member; LYN ANDREWS, in her individual and official capacity as member and current chair; KAY CARROLL, in his individual and official capacity as member; KEVIN DONOVAN, in his individual and official capacity as member; SUSAN DOYLE, District Attorney of Johnston County, in her individual and official capacity,; RICHARD HOFFMAN, in his individual and official capacity; BENJAMIN ZELLINGER, in his individual and official capacity as Special Prosecutor; ANGIE MCLEOD; JAMES LAWRENCE; DAVID MARSHBURN

Defendants - Appellees

and

JOSEPH PRESTON

Defendant

---

AMENDED CAPTION NOTICE

---

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

R. Phillips, Deputy Clerk
804-916-2702